UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                                    )
                                          )   Case No. 11-03088-PCW13
BARNES, SARAH A                           )
                                          )   DECLARATION OF GREGORY R.
                                          )   HELINE RE: PAYMENT ADVICES
                                          )   OR OTHER EVIDENCE OF PAYMENT
              Debtor(s).                  )   RECEIVED FOR 60 DAYS PRIOR TO
_____ )   FILING PETITION

    I certify under penalty of perjury that the following statement is true and correct to the best of my knowledge and belief.

    Attached hereto is verification of income from Debtor's employment for 60 days prior to filing petition.

    DATED this  27th  day of _____July_____, 2011.

/s/Gregory R. Heline
GREGORY R. HELINE,
Attorney for Debtor(s)

GREGORY R. HELINE & ASSOCIATES
LAW OFFICE
1903 N. ASH STREET
SPOKANE, WASHINGTON 99205
(509) 326-4910
FAX (509) 326-7525



| | | |
|---|---|---|
| P.O. BOX 389672<br>Seattle, WA 98138-9672 | U.S. BANK<br>1-800-872-2657 | CHECK NO. 23261227 |
| | 19-10 / 1250 | PAYROLL ACCOUNT |
| CHECK DATE 06/10/2011 | | CHECK AMOUNT |
| Two thousand three and 68/100 Dollars | | **$2,003.68 |

PAY TO THE ORDER OF

SARAH A BARNES
20519 LANCE HILL ROAD
CHENEY, WA 99004

COPY - COPY

VOID -- THIS IS NOT A CHECK -- VOID



| NAME | | | DEPT | EMPL NO |
|---|---|---|---|---|
| SARAH A BARNES | | | 74000 | 000345567 |
| PERIOD BEGIN | PERIOD END | PAY DATE | | |
| 05/22/2011 | 06/04/2011 | 06/10/2011 | | |

FED'L EXEMPT: S- 10
NO STATE INCOME TAX

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR | 42.99 | 71.75 | 3,084.53 | 29,563.14 |
| NITEDIFF | 3.50 | 72.50 | 253.76 | 2,416.79 |
| WKNDDIFF | 3.00 | 23.75 | 71.25 | 680.25 |
| PREMIUM | 66.23 | 0.75 | 49.68 | 150.04 |
| STANDBY | 3.50 | 12.00 | 42.00 | 586.25 |
| BNFLXDOL | | | 24.78 | 297.36 |
| PTO | | | | 2,278.47 |
| EXT ILL | | | | 1,547.64 |
| PTO | | | | 1,547.64 |
| CALLBKOT | | | | 813.48 |
| NITDIFNP | | | | 437.50 |
| DBL TIME | | | | 336.56 |
| TRN EDU | | | | 279.44 |
| REPORT | | | | 85.98 |
| EVENDIFF | | | | 55.69 |
| LOWCENS | | | | |
| UNPD HRS | | | | |
| | | TOTAL GROSS | 3,526.00 | 41,076.23 |
| | FEDERAL TAXABLE WAGES | | 3,359.57 | 39,245.50 |
| EIB BALANCE | | 30.36 | | |
| PTO BALANCE | | 8.22 | | |

TOTAL HOURS WORKED: 72.50

| 345 | PROV SACRED HEART MEDICAL CENTER<br>P.O. BOX 389672<br>Seattle, WA 98138-9672 | | |
|---|---|---|---|

### TAXES/DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FIT | 314.89 | 4,934.46 |
| SS TAX | 141.10 | 1,648.31 |
| MEDICARE | 48.71 | 569.06 |
| WCA TAX | 3.92 | 38.56 |
| GH HI | 126.78 | 1,394.58 |
| WDS1 DEN | 27.69 | 304.59 |
| VSP1 | 5.92 | 65.12 |
| CH ADD | 0.09 | 0.99 |
| SUPP ADD | 5.95 | 65.45 |
| GRN PCT | 754.35 | 2,597.06 |
| SUPLIFE | 3.90 | 42.90 |
| CH LIFE | 0.45 | 4.95 |
| WSNA | 69.98 | 419.88 |
| CAFE | 18.59 | 205.37 |
| TOTAL DEDUCTIONS | 1,522.32 | 12,291.28 |

**DEPOSITS**

| TOTAL DEPOSITS | | |
|---|---|---|
| TOTAL NET PAY | 2,003.68 | 28,784.95 |

11-03088-PCW13    Doc 15    Filed 07/27/11    Entered 07/27/11 12:44:50    Pg 2 of 7



| | | |
|---|---|---|
| P.O. BOX 389672<br>Seattle, WA 98138-9672 | U.S. BANK<br>1-800-872-2657 | CHECK NO. 23260709 |
| | 19-10 / 1250 | PAYROLL ACCOUNT |
| CHECK DATE  05/27/2011 | | CHECK AMOUNT |
| Two thousand fifty eight and 89/100 Dollars | | **$2,058.89 |

PAY TO THE ORDER OF   SARAH A BARNES
20519 LANCE HILL ROAD
CHENEY, WA  99004

COPY - COPY

VOID -- THIS IS NOT A CHECK -- VOID



| NAME | DEPT | EMPL NO |
|---|---|---|
| SARAH A BARNES | 74000 | 000345567 |

| PERIOD BEGIN | PERIOD END | PAY DATE |
|---|---|---|
| 05/08/2011 | 05/21/2011 | 05/27/2011 |

FED'L EXEMPT:   S- 10
NO STATE INCOME TAX

**EARNINGS**

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR | 42.99 | 63.75 | 2,740.61 | 26,478.61 |
| PTO | 42.99 | 7.00 | 300.93 | 2,278.47 |
| NITEDIFF | 3.50 | 60.25 | 210.88 | 2,163.03 |
| WKNDDIFF | 3.00 | 23.75 | 71.25 | 609.00 |
| STANDBY | 3.50 | 20.00 | 70.00 | 544.25 |
| BNFLXDOL | | | 24.78 | 272.58 |
| NITDIFNP | 3.50 | 7.00 | 24.50 | 437.50 |
| PREMIUM | 67.81 | 0.25 | 16.96 | 100.36 |
| PREMIUM | 66.64 | 0.25 | 16.66 | |
| EVENDIFF | 2.25 | 4.00 | 9.00 | 55.69 |
| LOWCENS | | 1.00 | | |
| EXT ILL | | | | 1,547.64 |
| PTO | | | | 1,547.64 |
| CALLBKOT | | | | 813.48 |
| DBL TIME | | | | 336.56 |
| TRN EDU | | | | 279.44 |
| REPORT | | | | 85.98 |
| UNPD HRS | | | | |
| **TOTAL GROSS** | | | **3,485.57** | **37,550.23** |
| FEDERAL TAXABLE WAGES | | | 3,319.14 | 35,885.93 |

| EIB BALANCE | 27.90 |
|---|---|
| PTO BALANCE | 0.53 |

TOTAL HOURS WORKED:   64.25

| 345  PROV SACRED HEART MEDICAL CENTER<br>P.O. BOX 389672<br>Seattle, WA 98138-9672 | | |
|---|---|---|

**TAXES/DEDUCTIONS**

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FIT | 304.79 | 4,619.57 |
| SS TAX | 139.40 | 1,507.21 |
| MEDICARE | 48.13 | 520.35 |
| WCA TAX | 3.47 | 34.64 |
| GH HI | 126.78 | 1,267.80 |
| WDS1 DEN | 27.69 | 276.90 |
| VSP1 | 5.92 | 59.20 |
| CH ADD | 0.09 | 0.90 |
| SUPP ADD | 5.95 | 59.50 |
| GRN PCT | 747.45 | 1,842.71 |
| SUPLIFE | 3.90 | 39.00 |
| CH LIFE | 0.45 | 4.50 |
| CAFE | 12.66 | 186.78 |
| WSNA | | 349.90 |
| TOTAL DEDUCTIONS | 1,426.68 | 10,768.96 |

**DEPOSITS**

| TOTAL DEPOSITS | | |
|---|---|---|
| **TOTAL NET PAY** | **2,058.89** | **26,781.27** |

11-03088-PCW13    Doc 15    Filed 07/27/11    Entered 07/27/11 12:44:50    Pg 3 of 7



| | | |
|---|---|---|
| P.O. BOX 389672 | U.S. BANK | CHECK NO. 23260024 |
| Seattle, WA 98138-9672 | 1-800-872-2657 | |
| | | PAYROLL ACCOUNT |
| | 19-10 / 1250 | |
| CHECK DATE 05/13/2011 | | CHECK AMOUNT |
| | | **$2,966.53 |

Two thousand nine hundred sixty six and 53/100 Dollars

PAY  
TO THE  
ORDER OF  

SARAH A BARNES  
20519 LANCE HILL ROAD  
CHENEY, WA 99004

COPY - COPY

VOID -- THIS IS NOT A CHECK -- VOID



| NAME | DEPT | EMPL NO |
|---|---|---|
| SARAH A BARNES | 74000 | 000345567 |

| PERIOD BEGIN | PERIOD END | PAY DATE |
|---|---|---|
| 04/24/2011 | 05/07/2011 | 05/13/2011 |

FED'L EXEMPT: S- 10  
NO STATE INCOME TAX

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR | 42.99 | 60.00 | 2,579.41 | 23,738.00 |
| CALLBKOT | 67.79 | 12.00 | 813.48 | 813.48 |
| PTO | 42.99 | 11.00 | 472.89 | 1,977.54 |
| NITEDIFF | 3.50 | 67.50 | 236.25 | 1,952.15 |
| STANDBY | 3.50 | 48.00 | 168.00 | 474.25 |
| WKNDDIFF | 3.00 | 24.00 | 72.00 | 537.75 |
| NITDIFNP | 3.50 | 11.00 | 38.50 | 413.00 |
| BNFLXDOL | | | 24.78 | 247.80 |
| EVENDIFF | 2.25 | 4.00 | 9.00 | 46.69 |
| LOWCENS | | 1.00 | | |
| EXT ILL | | | | 1,547.64 |
| PTO | | | | 1,547.64 |
| DBL TIME | | | | 336.56 |
| TRN EDU | | | | 279.44 |
| REPORT | | | | 85.98 |
| PREMIUM | | | | 66.74 |
| UNPD HRS | | | | |

| | | TOTAL GROSS | 4,414.31 | 34,064.66 |
|---|---|---|---|---|
| | FEDERAL TAXABLE WAGES | | 4,247.88 | 32,566.79 |

| EIB BALANCE | 25.44 |
|---|---|
| PTO BALANCE | 0.16 - |

TOTAL HOURS WORKED: 72.00

345 PROV SACRED HEART MEDICAL CENTER  
P.O. BOX 389672  
Seattle, WA 98138-9672

### TAXES/DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FIT | 536.97 | 4,314.78 |
| SS TAX | 178.42 | 1,367.81 |
| MEDICARE | 61.60 | 472.22 |
| WCA TAX | 3.89 | 31.17 |
| GH HI | 126.78 | 1,141.02 |
| WDS1 DEN | 27.69 | 249.21 |
| VSP1 | 5.92 | 53.28 |
| CH ADD | 0.09 | 0.81 |
| SUPP ADD | 5.95 | 53.55 |
| GRN PCT | 413.71 | 1,095.26 |
| SUPLIFE | 3.90 | 35.10 |
| CH LIFE | 0.45 | 4.05 |
| WSNA | 69.98 | 349.90 |
| CAFE | 12.43 | 174.12 |

| TOTAL DEDUCTIONS | 1,447.78 | 9,342.28 |
|---|---|---|

### DEPOSITS

| TOTAL DEPOSITS | | |
|---|---|---|
| **TOTAL NET PAY** | **2,966.53** | **24,722.38** |



| | | |
|---|---|---|
| P.O. BOX 389672 | U.S. BANK | CHECK NO. 23259468 |
| Seattle, WA 98138-9672 | 1-800-872-2657 | |
| | | PAYROLL ACCOUNT |
| | 19-10 / 1250 | |
| CHECK DATE 04/29/2011 | | CHECK AMOUNT |
| Two thousand thirty and 81/100 Dollars | | **$2,030.81 |

PAY TO THE ORDER OF    SARAH A BARNES
20519 LANCE HILL ROAD
CHENEY, WA  99004

COPY - COPY

VOID -- THIS IS NOT A CHECK -- VOID



| NAME | | | DEPT | EMPL NO |
|---|---|---|---|---|
| SARAH A BARNES | | | 74000 | 000345567 |
| PERIOD BEGIN | PERIOD END | PAY DATE | | |
| 04/10/2011 | 04/23/2011 | 04/29/2011 | | |

FED'L EXEMPT:  S- 10
NO STATE INCOME TAX

**EARNINGS**

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR | 42.99 | 50.75 | 2,181.75 | 21,158.59 |
| PTO | 42.99 | 12.00 | 515.88 | 1,547.64 |
| NITEDIFF | 3.50 | 45.25 | 158.38 | 1,715.90 |
| PTO | 42.99 | 3.00 | 128.97 | 1,504.65 |
| STANDBY | 3.50 | 24.00 | 84.00 | 306.25 |
| NITDIFNP | 3.50 | 15.00 | 52.50 | 374.50 |
| WKNDDIFF | 3.00 | 9.00 | 27.00 | 465.75 |
| PREMIUM | 66.23 | 0.25 | 16.56 | 66.74 |
| EVENDIFF | 2.25 | 5.75 | 12.94 | 37.69 |
| LOWCENS | | 6.25 | | |
| UNPD HRS | | 12.00 | | |
| EXT ILL | | | | 1,547.64 |
| DBL TIME | | | | 336.56 |
| TRN EDU | | | | 279.44 |
| BNFLXDOL | | | | 223.02 |
| REPORT | | | | 85.98 |
| | TOTAL GROSS | | 3,177.98 | 29,650.35 |
| | FEDERAL TAXABLE WAGES | | 3,177.98 | 28,318.91 |
| EIB BALANCE | 22.98 | | | |
| PTO BALANCE | 3.15 | | | |

TOTAL HOURS WORKED:  51.00

345  PROV SACRED HEART MEDICAL CENTER
P.O. BOX 389672
Seattle, WA 98138-9672

**TAXES/DEDUCTIONS**

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FIT | 269.50 | 3,777.81 |
| SS TAX | 133.47 | 1,189.39 |
| MEDICARE | 46.08 | 410.62 |
| WCA TAX | 2.75 | 27.28 |
| GH HI | | 1,014.24 |
| WDS1 DEN | | 221.52 |
| VSP1 | | 47.36 |
| CH ADD | | 0.72 |
| SUPP ADD | | 47.60 |
| GRN PCT | 681.55 | 681.55 |
| CAFE | 13.82 | 161.69 |
| SUPLIFE | | 31.20 |
| CH LIFE | | 3.60 |
| WSNA | | 279.92 |
| TOTAL DEDUCTIONS | 1,147.17 | 7,894.50 |

**DEPOSITS**

| TOTAL DEPOSITS | | |
|---|---|---|
| **TOTAL NET PAY** | **2,030.81** | **21,755.85** |

11-03088-PCW13    Doc 15    Filed 07/27/11    Entered 07/27/11 12:44:50    Pg 5 of 7



**PROVIDENCE Health & Services**
P.O. BOX 389672
Seattle, WA 98138-9672
CHECK DATE    04/15/2011

U.S. BANK
1-800-872-2657

19-10 / 1250

CHECK NO. 23258923

PAYROLL ACCOUNT

CHECK AMOUNT

Two thousand six hundred thirteen and 74/100 Dollars

**$2,613.74

PAY TO THE ORDER OF

SARAH A BARNES
20519 LANCE HILL ROAD
CHENEY, WA  99004

COPY - COPY

VOID -- THIS IS NOT A CHECK -- VOID



**PROVIDENCE Health & Services**

| 345 | PROV SACRED HEART MEDICAL CENTER |
| --- | --- |
|     | P.O. BOX 389672 |
|     | Seattle, WA 98138-9672 |

### TAXES/DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR TO DATE |
| --- | --- | --- |
| FIT       | 478.23 | 3,508.31 |
| SS TAX    | 138.66 | 1,055.92 |
| MEDICARE  | 47.87  | 364.54 |
| WCA TAX   | 3.90   | 24.53 |
| GH HI     | 126.78 | 1,014.24 |
| WDS1 DEN  | 27.69  | 221.52 |
| VSP1      | 5.92   | 47.36 |
| CH ADD    | 0.09   | 0.72 |
| SUPP ADD  | 5.95   | 47.60 |
| SUPLIFE   | 3.90   | 31.20 |
| CH LIFE   | 0.45   | 3.60 |
| CAFE      | 14.63  | 147.87 |
| WSNA      |        | 279.92 |

| NAME | DEPT | EMPL NO |
| --- | --- | --- |
| SARAH A BARNES | 74000 | 000345567 |

| PERIOD BEGIN | PERIOD END | PAY DATE |
| --- | --- | --- |
| 03/27/2011 | 04/09/2011 | 04/15/2011 |

FED'L EXEMPT:   S- 05
NO STATE INCOME TAX

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- |
| REGULAR  | 42.99 | 71.75 | 3,084.53 | 18,976.84 |
| NITEDIFF | 3.50  | 72.25 | 252.88   | 1,557.52 |
| WKNDDIFF | 3.00  | 24.00 | 72.00    | 438.75 |
| PREMIUM  | 67.22 | 0.50  | 33.62    | 50.18 |
| BNFLXDOL |       |       | 24.78    | 223.02 |
| EXT ILL  |       |       |          | 1,547.64 |
| PTO      |       |       |          | 1,375.68 |
| PTO      |       |       |          | 1,031.76 |
| DBL TIME |       |       |          | 336.56 |
| NITDIFNP |       |       |          | 322.00 |
| TRN EDU  |       |       |          | 279.44 |
| STANDBY  |       |       |          | 222.25 |
| REPORT   |       |       |          | 85.98 |
| EVENDIFF |       |       |          | 24.75 |
| LOWCENS  |       |       |          |  |
| UNPD HRS |       |       |          |  |

|         |         | TOTAL GROSS         | 3,467.81 | 26,472.37 |
|---|---|---|---|---|
|         |         | FEDERAL TAXABLE WAGES | 3,301.38 | 25,140.93 |

| EIB BALANCE | 20.52 |
| --- | --- |
| PTO BALANCE | 10.46 |

TOTAL HOURS WORKED:    72.25

| TOTAL DEDUCTIONS | 854.07 | 6,747.33 |
| --- | --- | --- |

**DEPOSITS**

| TOTAL DEPOSITS |  |  |
| --- | --- | --- |
| **TOTAL NET PAY** | 2,613.74 | 19,725.04 |

11-03088-PCW13    Doc 15    Filed 07/27/11    Entered 07/27/11 12:44:50    Pg 6 of 7



| | | | |
|---|---|---|---|
| PROVIDENCE Health & Services | U.S. BANK<br>1-800-872-2657 | | CHECK NO. 23258398 |
| P.O. BOX 389672<br>Seattle, WA 98138-9672 | 19-10 / 1250 | | PAYROLL ACCOUNT |
| CHECK DATE 04/01/2011 | | | CHECK AMOUNT |

Two thousand five hundred forty nine and 49/100 Dollars          **$2,549.49

PAY TO THE ORDER OF   SARAH A BARNES
20519 LANCE HILL ROAD
CHENEY, WA  99004

COPY -- COPY

VOID -- THIS IS NOT A CHECK -- VOID

## PROVIDENCE Health & Services

345   PROV SACRED HEART MEDICAL CENTER
P.O. BOX 389672
Seattle, WA 98138-9672

### TAXES/DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FIT | 477.23 | 3,030.08 |
| SS TAX | 138.49 | 917.26 |
| MEDICARE | 47.81 | 316.67 |
| WCA TAX | 3.06 | 20.63 |
| GH HI | 126.78 | 887.46 |
| WDS1 DEN | 27.69 | 193.83 |
| VSP1 | 5.92 | 41.44 |
| CH ADD | 0.09 | 0.63 |
| SUPP ADD | 5.95 | 41.65 |
| SUPLIFE | 3.90 | 27.30 |
| CH LIFE | 0.45 | 3.15 |
| WSNA | 69.98 | 279.92 |
| CAFE | 6.99 | 133.24 |

| NAME | DEPT | EMPL NO |
|---|---|---|
| SARAH A BARNES | 74000 | 000345567 |

| PERIOD BEGIN | PERIOD END | PAY DATE |
|---|---|---|
| 03/13/2011 | 03/26/2011 | 04/01/2011 |

FED'L EXEMPT:   S- 05
NO STATE INCOME TAX

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR | 42.99 | 50.50 | 2,171.00 | 15,892.31 |
| PTO | 42.99 | 8.00 | 343.92 | 1,031.76 |
| DBL TIME | 89.75 | 3.75 | 336.56 | 336.56 |
| NITEDIFF | 3.50 | 51.75 | 181.13 | 1,304.64 |
| EXT ILL | 42.99 | 4.00 | 171.96 | 1,547.64 |
| TRN EDU | 42.99 | 2.50 | 107.48 | 279.44 |
| WKNDDIFF | 3.00 | 17.00 | 51.00 | 366.75 |
| NITDIFNP | 3.50 | 12.00 | 42.00 | 322.00 |
| BNFLXDOL | | | 24.78 | 198.24 |
| STANDBY | 3.50 | 6.50 | 22.75 | 222.25 |
| EVENDIFF | 2.25 | 5.00 | 11.25 | 24.75 |
| LOWCENS | | 7.00 | | |
| UNPD HRS | | 12.00 | | |
| PTO | | | | 1,375.68 |
| REPORT | | | | 85.98 |
| PREMIUM | | | | 16.56 |

| | | | |
|---|---|---|---|
| | TOTAL GROSS | 3,463.83 | 23,004.56 |
| | FEDERAL TAXABLE WAGES | 3,297.40 | 21,839.55 |
| EIB BALANCE | 18.06 | | |
| PTO BALANCE | 2.77 | | |

TOTAL HOURS WORKED:   56.75

| | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL DEDUCTIONS | 914.34 | 5,893.26 |

**DEPOSITS**

| | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL DEPOSITS | | |
| **TOTAL NET PAY** | 2,549.49 | 17,111.30 |

11-03088-PCW13    Doc 15    Filed 07/27/11    Entered 07/27/11 12:44:50    Pg 7 of 7